UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:09-00173

MARTIN ROBINSON BOWLING


O R D E R


        Upon the Motion of the United States to Continue

Sentencing Hearing, filed by its counsel, Thomas C. Ryan, on

November 20, 2009, wherein it requests that the sentencing

hearing scheduled for December 3, 2009, be continued generally

for the reasons set forth therein; and the defendant, by his

counsel, Mark L. French, having no objection as set forth in the

motion and as related to the court's clerk; it is ORDERED that

the sentencing hearing be, and it hereby is, continued

generally.


        The Clerk is directed to forward copies of this order

to the defendant, all counsel of record, the United States

Probation Department and the United States Marshal.


                        DATED: November 30, 2009


                        John T. Copenhaver, Jr.
                        United States District Judge