```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 2:09-00173

**MARTIN ROBINSON BOWLING**

### MOTION OF THE UNITED STATES TO SCHEDULE SENTENCING HEARING

Comes now the United States of America, by Thomas C. Ryan, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to schedule a sentencing hearing in the above-referenced matter for March 17, 2010 at 1:30 p.m., the same time the Court set for the respective sentencings of three defendants in related cases.  Defendant's counsel has indicated his availability that day.

WHEREFORE, the Government respectfully requests that the Court schedule Defendant's sentencing for March 17, 2010 at 1:30 p.m.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

/s/ *Thomas C. Ryan*
THOMAS C. RYAN
Assistant United States Attorney
WV Bar No. 9883
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email: thomas.ryan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the "Motion of the United States to Schedule Sentencing Hearing" has been electronically filed and service has been made on opposing counsel by such electronic filing today, December 10, 2009 to:

>Mark French, Esq.
>mfrench@criswellfrench.com
>405 Capitol Street, #1007
>Charleston, WV  25301-1776


>/s/ *Thomas C. Ryan*
>THOMAS C. RYAN
>Assistant United States Attorney
>WV Bar No. 9883
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email: thomas.ryan@usdoj.gov