```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:09-00173

MARTIN ROBINSON BOWLING

O R D E R

In view of the continuance of the sentencing hearing scheduled for March 17, 2010, in <u>United States v. Mary Jane Bowling</u>, Criminal No. 2:09-000208, it is ORDERED that the sentencing hearing scheduled for that same date in this case be, and it hereby is, continued to 9:30 a.m. on May 20, 2010.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: March 4, 2010

_____
John T. Copenhaver, Jr.
United States District Judge