*Mary Mona Fisher, C.S.*

**206 Beecwhood Estates**
**Scott Depot, West Virginia 25560**

**November 1, 2009**

**Honorable John T. Copenhaver, Jr.**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**300 Virginia Street, East**
**Charleston, WV 25301-2503**

**I am writing this letter ask for your consideration on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3 -- Case No. 09-M.J - 00069.**

**I've known Martin for several years and am aware of his many good attributes and accomplishments. He's a hard-working, intelligent businessman, a strong and loving son of a single mother, a family-oriented member of the community. One that has been especially meaningful to me is his support of my niece, who has special needs. Until his home confinement this year, Martin was her job coach at her place of employment and was invaluable in helping her develop job and life skills to achieve greater independence. He's always shown the patience, kindness and consistency needed with special needs individuals. He has given of himself to benefit her far more than most brothers would do. She has counted on his presence in her life and he has never let her down.**

**I am also aware that Martin has been charged with and pleaded guilty to a crime -- something he deeply regrets and for which he is already making amends. He is working very hard daily to pay his debt to society, correct his mistakes and go forward with his life as a constructive member of society never to appear in any court again.**

-2-

Case #09-M.J - 00069

What seems most relevant and important here is Martin's honest acknowledgment of past mistakes, his repentance and sincere efforts to reform -- qualities that Christ Jesus saw when he forgave Mary Magdalene.

With sincere respect and appreciation of your consideration,

Sincerely,

Mary Mona Fisher, C.S.

## JOYCE SEED

304.389.7048          5508 AMPERE DRIVE   CHARLESTON   WEST VIRGINIA 25313          joyce.seed@verizon.net

November 11, 2009

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street, East
Charleston, WV 25301

Honorable Judge Copenhaver:

My name is Joyce Seed and I have known Martin R. Bowling, Case No. 09-M,J-00069, for the past 10 years.

His work as a job coach for my niece, who needs assistance at her place of employment, is especially notable.  He helps her fulfill required tasks and develop more efficiency in her work.  His kindness in working with her and encouraging her has proven invaluable and significant in her progress.  She loves him dearly and refers to him as "Dad" and his continued work with her is important to her growth for independent living.

His expertise as computer programmer and technician is most beneficial.  He is always willing to provide support and to help others, while continuing to make great strides in furthering his own business skills and establishing productive opportunities for his employer.

Martin has a bright future that promises to serve well his family, friends, business, and community.   I know that he feels deep remorse for his wrongdoing and lack of judgment in this matter and is determined to be governed by a much higher sense of right and sound judgment.

On his behalf, I am asking for any consideration that you can provide in his case.

Sincerely,

Joyce Seed

November 12, 2009

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Ron Wentz, I am writing you today on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009.

I am an EMT with Kanawha County Emergency Ambulance Authority, and I live in Kanawha City. I have lived in Charleston almost ten years and proud to say I have known Marty for nine of them. I met Marty through my girlfriend at the time, while attending Charleston Alleycat games at Watt Powell park.

I have had many conversations with Marty about many different things over the years. He has always been there for me when I needed him, from the loss of loved ones to my divorce. He has provided a positive atmosphere, and showed that there is always something good to see if you look for it. I wish more people could have a friend like this in their life to help them when they are down. He is always willing to go out of his way to help others even if he doesn't know them directly.

Marty has made his mistakes, he has also come to understand the consequences of his actions. He has also affected many lives in a positive way. This has greatly strained his family emotionally and financially. I have talked with him on several occasions, just as he did with me in my time of need. He is prepared to go on with his life and live the right way. Marty s a very kind, considerate , and giving man who is by no means a danger to society.

I respectfully ask you to take these words into consideration when sentencing him, I ask that you take into account all the people whose lives have been affected and who will consequently suffer emotionally and financially.

Sincerely,

Ron Wentz

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Michael Felty. I have worked in the mental health community for over twenty years and I am currently employed by Prestera Mental Health. I also own several residential rental properties in the area. I am writing this letter to you today in behalf of my son-in law, Martin R. Bowling, who will appear before you on December 3, 2009. I would like your permission, if you will, to give you a perspective of the Marty that I have known for the last nine years. In light of his guilty plea for the crime that he committed, I really feel that Marty sincerely regrets what he has done. I also feel that given a chance, Marty will make full amends to anyone that his crime has impacted. Marty is a major cornerstone in our family. He is a very loving and devoted husband to my daughter. I could never ask for a more stable force in her life. He also tutor's my thirteen year old on a daily basis with school work and has greatly contributed to her being a 4.0 student and has helped prepare her for higher education in the future. Marty is one of the brightest people that I know. He has computer skills that are beyond most of his peer group. One day he will enjoy a stellar career with a great company because of his God given talent. I hope he gets that chance as soon as possible. Please consider any mercy that you feel you might be able to give. I believe Marty will be a very productive member of society. Thank you for your time.

Sincerely,

Michael Felty
1224 Stuart St
Charleston WV 25302

November 2, 2009


TO:    Honorable John T. Copenhaver, Jr.
       UNITED STATES DISTRICT JUDGE
       UNITED STATES DISTRICT COURT
       300 Virginia Street East
       Charleston, WV  25301-2503

FROM: Mr. Oscar R. Michael, Jr., retired.
       3247 Bradley Road #1
       Huntington, WV 25704
       304-429-4572

RE:    Martin Bowling


     If I may, I wish to address my personal appraisal of the general character of Marty Bowling.  I have known him over ten years now and I consider him a solid, trustworthy, loyal, witty and refreshingly good-natured friend.  I've supped often and held many conversations with him.

     I value Marty's friendship to the point that I would entrust anything dear to me to his care and purview.  He is bright, intelligent, engaging and pleasantly conversational.

     He is passionate in his pursuit of fairness and respect for others.  He mingles and moves well among his peers and despite our age difference, I am sixty, he has earned my respect for his level of knowledge, respect and open-mindedness.  He is a principled kind of young man and I admire that.

     I know he has made some serious mistakes but also, I know that he is willing to amend for them and assume responsibility for his indiscretions.  I respect this; in fact, I would trust him with intimate details about matters in my life, easily.

     I humbly ask you for every possible consideration for leniency in any judgment rendered toward him.  He is genuinely sorry for the emotional hurt he has caused others.

     Thank you so much for giving me a few moments of your time to express my thoughts and feelings about Marty.


I am respectfully, sincerely,


Oscar R. Michael, Jr.

Hello your Honor,

Today I am writing you on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009.

I had the distinct pleasure of meeting Marty at a search conference in NYC over a year ago now. We had previously run in the same online circles, just hadn't had the chance to meet yet. Not only did we become fast friends, but Martin is a top notch developer & programmer that my firm has hired to take on jobs others said "can't be done"!

I would be remiss to say I was shocked when I heard that Martin had been arrested for a cyber-crime! Martin is like a little brother to me, he's a sweetheart of a guy, wouldn't hurt a fly type... so needless to say the news shocked me! We have had several conversations about his transgression, and I know he is very remorseful and saddened that he let his friends and family down.

All things considered I believe that Martin could best serve by helping his community. In a time when our current economic state and high unemployment rates are at staggering heights, we the people, need to find fiscally responsible ways to deal with non-violent criminals. Rather than having tax-payers foot a $40k a year bill for Martin's incarceration, why not have him give back to the community in that amount?

I can tell you that he is a highly intelligent, driven, passionate, and caring man who is in NO way a danger to society. I am asking you to please take my words into consideration when sentencing and that you take into account the lives of the families that will be affected and will consequently suffer emotionally and financially. Oh Lord, My God, is there no help for the widow's son?

Sincerely,

David Brown

*Honorable John T. Copenhaver, Jr.*
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Mandi R. Felty. Martin R Bowling is my husband and we have been together for almost ten years now. I have been employed by REM Community Options for nearly seven years and I have recently picked up a second job at Tim Horton's in Cross Lanes. After only two months, I was promoted to Shift Supervisor.

I am writing this letter to you in hopes that I may provide some insight into who Marty is and how important he is to our family. My little sister, Mariah, moved in with us when she was eleven years old, and we have been her primary care givers since then. Marty helps her with her studies every night and helps to make learning a fun experience for her, encouraging her to learn about everything that she can. Now thirteen years old, she attends South Charleston Middle School and maintains a 4.0 grade point average. He has become a very important male figure in her life, as our parents are divorced and we do not see them often. Marty has taken her in with open arms and nurtures her as if she were his own.

As a husband and my best friend, Marty has always been a good provider and a true gentleman. Marty has always been respectful, kind and generous. He never passes a donation bucket without putting something in, even when we have very little to give. Marty has also taken boxes of toys and clothes to the homeless shelters in the area during the holiday season.

Marty has taken full responsibility for his actions and is deeply and truly regretful for his mistakes. He carries with him every moment the pain and hardship that this has caused our family. Marty wants nothing more than a chance to move forward from this, make amends with those he has wronged, and continue to be a productive member of our community. Please know that Marty truly is a good person who has every intention on proving that this was a temporary lapse in judgment and not something that he will ever do again. Please consider showing any leniency that you may be able to. Thank you for taking the time to read this letter.

Sincerely,

*Mandi R. Felty*

Mandi Felty
5295 Dalewood Drive Unit 314
Charleston, WV 25313

*Scott Polk*
*Founder – ScottPolk.com*
*3361 Bellaire Drive*
*Altadena, CA 91001*

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Michael Scott Polk, I am writing you today on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009.

I have known Marty for over 2 years; he has been an industry associate and friend to me during this time.  Martin and I have worked on many projects together during this time period and I have found his work ethic to unparalleled in his field. He has always completed tasks in a timely manner, not to mention the quality of work is unsurpassed. Additionally, I have had a chance to get to know Martin on a personal level and come to admire him in so many ways. Whenever a work project comes my way, I always refer client to Martin or work with him directly on the project depending on scope.

I know Martin is very remorseful for his previous judgment as we have had conversations to this extent; but I still have a very high opinion and regard for Martin as I have seen his work ethic and he has touched my life in such a positive way. I can tell you that Martin is a very intelligent, caring, hard working man that I have come to admire and happily call my "friend" – I ask you to please take my testimonial into consideration when sentencing Martin, I ask you take into account how many lives will be affected by the loss of him for any period of time.

Sincerely,

Michael Scott Polk

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East⬚*
*Charleston, WV 25301-2503*

My name is Todd Friesen and I'm reaching out to you today regarding my good friend Martin Bowling who will be appearing before you on December 3, 2009.

I've known Martin for about a year and a half and in that time I've come to appreciate him as a friend and as professional search engine marketer.  I've had the opportunity to spent time online and face to face with Martin and a couple industry related conferences and it's been my honor and pleasure to interact with Martin and watch him make friends and grow in this industry. It's been really quite amazing to watch how fast Martin has become a well know figure in our business. This is due to his personality and his expertise. He is well loved and respected among his peers.

While I was disappointed to learn of Martin's past transgressions it has not lessened my opinion of him or caused me to rethink my friendship with him. I firmly believe that he is not the same person that committed those acts and I cannot believe that he is, or will be, a danger to society today or in the future.

I ask you only to take these words into account as you determine Martin's future. I believe Martin has much to offer and will benefit us all greatly if he is allowed to remain a free man.

Thank you for your time,


Todd Friesen
VP Search
Position Technologies

1

*LETTERS SHOULD BE ADDRESSED BUT NOT SENT TO:*
*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Adam Audette and I'm a friend and colleague of Martin Bowling. I am president of an internet marketing company located in Bend, Oregon, and have spent time with Martin on several occassions at industry conferences. He is also a friend I regularly communicate with online.

Marty has always struck me as a kind, considerate and loving friend. He is very loyal to his friends and the kind of person you go to when you need a helping hand. On more than one occasion I have seen Marty go out of his way to help others, doing little things like opening doors, buying them lunch, or just taking time to listen. He is always the first to speak positively of others and praise them for their successes. He's genuinely happy when those around him are happy.

I know Marty is a sincere and responsible man and that he's made mistakes. These mistakes he's owned up to and taken full responsibility for. He knows the consequences of his actions, and is now ready to move forward with his life. What Marty did was not in character with who he is as a person. As his friend I know that in my heart. We all make mistakes. Marty made his and has pled guilty for the crime.

I know you are a wise and experienced Judge, and that you'll know what is best for Marty and society at large. I only ask you to take into consideration that this offense is out of character for Marty, that he's a good person with a good heart. He needs to focus on moving forward with his life. In sentencing him, I'm afraid of the consequences on his family and loved ones. I know that will tear Marty to pieces. He is not a criminal, he is a good person than stepped off the track. Please help get Marty back on track.

Sincerely,

Adam Audette

1

Luke Toney
125 W. 2nd Ave. Apt. C
Columbus, OH 43201

November 7, 2009

Honorable John T. Copenhaver, Jr.
United States District Judge
United States District Court
300 Virginia Street East
Charleston, WV 25301-2503

Honorable John T. Copenhaver, Jr.:

My name is Luke Toney. I am a freelance writer and journalist, as well as a brand ambassador and guerrilla marketing specialist based out of Columbus, OH. I write today to request your lenience as concerns Martin R. Bowling, a former high school companion I am grateful to have called my friend for fifteen years. Not just a mere friend, he is quite sincerely one of my two closest and best friends, a group that is considerably large in number. I say that not to boast of my popularity, but to highlight that he is at the very top of a rather large field. This speaks to the sincerity, loyalty and caring of his person, and the quality of his character.

While plenty of friends have helped me when I was in need, few have done so as often or with as little fuss as Marty. He paid for more than his share of my meals when I couldn't afford my own. When I was down on my luck he did everything from driving me to job interviews, to driving three hours to pick me up and bring me back to West Virginia to see friends and family over holidays.

Marty serves as a caregiver and job coach for the special needs daughter of his Godmother, Christine, a role he has played for over a decade. I went to high school with Nikki and have seen her hundreds of times in the decade since. I can tell you that he has enriched her life and helped her reach goals that might have otherwise eluded her. In addition, I can't count the number of times I called to invite Marty out only to have him tell me he was with Nikki and wouldn't be able to make it.

He is also an asset to his community, partnering with numerous West Virginia non-profits and organizations to bring business to the region, promote the region out-of-state, and work with inner-city youth, just to name a few. It's true that Marty is a whiz with computers. He has always been at the forefront of emerging technologies and understands them with an ease many envy. Aside from using these skills to make a career and build a life for himself, Marty has regularly put them to work at no financial expense for the good of his peers and those less fortunate than him.

I don't know what was going on in Marty's head when he committed his crime, but I do know a few things. One, many have done far worse of late and received far

lighter sentences than the minimum for Marty's case (the punishment doesn't fit the crime, in other words). I do not intend to suggest that Marty should not suffer some sort of consequences for his actions (indeed, he has suffered much already – his job is gone, as is his mother's, his house lost, his family has been scrutinized in the daily newspapers for months and months, their private lives exposed, his future jeopardized, and so on), I only intend to suggest that perhaps while the billionaire men who bankrupted our country roam free, the United States might take such circumstances into consideration when determining the sentence for a lower middle-class citizen.

Two, a stiff sentence will punish many who had nothing to do with Marty's poor judgment, from Nikki and the surrounding community, to the youths from lower income families he taught to use computers so they can someday compete in a changing world that relies on technology. Three, if the report from the Charleston Gazette is accurate, Marty has been more than cooperative, honest and forthright throughout this ordeal. Aren't such things usually taken into consideration during sentencing?

I am aware Martin has admitted to and plead guilty to a crime. I know that he has remorse for his actions. The consequences his actions have *already* had on himself and his family have not been lost on him. Truth be told, there is little the courts could do to make Marty feel worse about his crime. However, there is a lot the courts could do to make the surrounding community suffer. Placing Martin Bowling behind bars for any extended length of time is nothing short of leaving one less actively contributing citizen to help lift an already struggling community.

I plead with your Honor to take the above into account when considering sentencing options for the scheduled court date. I can assure you that of anyone standing before a judge today, Martin Bowling is one of a few the world is guaranteed to be better off with on the outside, earning money with which to *pay* taxes rather than sitting in a jail cell *costing* taxpayers money (his volunteer efforts notwithstanding). I thank you sincerely for your time and attention to my correspondence.

Respectfully,


Luke Toney
Freelance Writer | Journalist
Racket Magazine | www.racketmag.com
WCBE 90.5FM | www.wcbe.org
Brand Ambassador
Guerrilla Marketing | Event Promotions

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Jordan Kasteler I am writing you today on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009.

I have known Marty for over 4 years; he has been a friend and work associate for a long time now.  At first it started as a friendship when we met at an Internet marketing conference. As I've increasingly learned Martin's fine skillset in Internet marketing and programming I began giving him projects to work on. Martin has been a valuable asset to my business, Search & Social, as he has helped us on many difficult projects.

I fully understand that he has made some unlawful mistakes, as many people have. I was floored, as was the Internet marketing community, when we heard the news of his misconduct. While I feel he should be punished, I don't feel a jail sentence is what he needs. Perhaps lots of community service would be the better answer. I know my business needs him, the Internet marketing community needs him, and he poses little to no threat to anyone.


Sincerely,

Jordan Kasteler

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East

Charleston, WV 25301-2503

My name is Rob Russo and I am writing you today on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009.

I have known Marty for about eight months. Shortly after meeting, Marty discussed everything with me and I realize that he has plead guilty to a crime. He was humble, eager to move forward in life. Even though his past actions seemed out of character to the Marty I met, quickly befriended and continue to see do great things in helping many people, I could tell Marty had learned a valuable lesson that will drive a bright and successful future.

As a freelance graphic designer I have met and had the opportunity to work with many great people over the years and Marty was no exception. It didn't take long to know he would be a great worker. He consistently brings creative ideas to the table with the clients' best interest in mind. Most of the projects he wanted to work on were for organizations - such as local non-profits - that are "in business" to help people and the surrounding communities. What a kind and generous heart he has for continuing to pursue this type of work amidst the media frenzy. I could tell Marty had accepted full responsibility for his poor judgment but was remorseful and eager to move forward.

I am not familiar with the federal criminal justice system; however, I can only tell you that he is a giving person, an intelligent and driven man, and by no means a danger to society. I respectfully ask you to take these words into consideration when sentencing him. I ask that you take into account all the people whose lives have been affected and who will consequently suffer emotionally and financially.

Respectfully,

Robert F. Russo

**LETTERS SHOULD BE ADDRESSED BUT NOT SENT TO:**
**Honorable John T. Copenhaver, Jr.**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**300 Virginia Street East**
**Charleston, WV 25301-2503**


Honorable Judge Copenhaver:


My name is Rusty Felty and I am long-time friend and relative of Martin Bowling.  I've known him for over a decade.  Marty has always had a huge influence on many decisions of my life.  He has always been a great mentor.  He has always helped me through all of the really tough times in my life.


Some people just have a gift. Martin's gift is his that he touches the heart of everyone he meets. I've never seen him pass up an opportunity to help someone; whether it be throwing a few dollars in a donation bucket, or giving someone a place to stay until they can get on their feet. His generosity is just overwhelming. Marty is the kind of person who never says a mean thing about anyone. He would give the shirt off of his back if someone was in need of it.

What Marty has done is inexcusable, but I have to say it is very out of character for him.  He has always been an honest, kind-hearted person. His current punishment for the same crime has effected his life, his career, his relationships, and his family. With that said, I feel that Marty's lapse in judgment is truly regretted. All we can ask is that you give every consideration to Marty in this case. Please give him a chance.


Sincerely,


Rusty A. Felty

105 Madison Ave.

Madison, WV

(304) 688-4027

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East⬜*
*Charleston, WV 25301-2503*

Dear Judge Copenhaver,

My name is Mathew Crist, and I am a W. Page Pitt School of Journalism graduate, lifelong resident and productive working citizen in West Virginia. My background is in the media industry. I have worked for Time Warner, Champion Publishing, COMAR, Vec3 and now WV Media.

After graduating college in online journalism, I decided to continue my education in Web development to gain some technical abilities and a more broad perspective of media as it relates to the Web. It was about 6 months after I graduated with my bachelor's degree that I came upon an ad in Craigslist.com for a company called Vec3. The company's ad explained that they were looking for someone to manage social media efforts and provide Web development services for local and national clients. I discovered the company was engaged in all kinds of new wave marketing efforts— search engine optimization, social media, pay per click management, etc.

Before I read the Craigslist ad, I was focusing all of my efforts on places like Florida, Atlanta and the west coast. Jobs like the one aforementioned were just not a part of the landscape in West Virginia at that time. In fact, social media marketing and SEO was still pretty new everywhere. Ninety-nine percent of the competition was a 1,000 miles away in places like Seattle and California. So, when I saw the ad, I was amazed and inspired to see that the job was a ten minute drive from my home. I immediately applied for the job, and shortly thereafter received a phone call for an interview.

This is when I came to know Martin Bowling.

I met Martin for the first time during my interview with Vec3 in a conference room with seven attendees. I was surrounded by a table of 20 to 30-something tech-ies, artists and writers all vying for a piece of me. They wanted to know how and why I was going to fit in and help their company grow. We had something good here. It was a room full of extremely talented young minds doing something new in West Virginia. I found myself wanting this job so bad, and the one person in the room that I knew could make that happen was holding a cell phone, texting, still engaged in conversation with the group, but also devoting his time to some other pressing matter. That person was Martin Bowling. He was using a service called Twitter, a social media micro-blogging service, to share with the world how the interview was going. This was all foreign to everyone in the room it seemed, and it made no sense to anyone else I knew.

This is how Martin operates though. He is always on the cutting edge of new technologies and has a special vision for things that are seemingly insignificant to most people. In addition, he is a superb

1

presenter and debater. He is a likeable guy. Through social media alone he has helped me and thousands of others grow. This new medium for exchange has given Martin the opportunity to reach into and beyond his community educating others and sharing important messages with the world.

I worked at Vec3 with Martin for about 18 months and during that time I got to know him pretty well. It was busy at Vec3 and we worked hard, but Martin always made the workplace a less miserable place to be. His humor, knowledge and decisiveness all came together to help everyone move forward on a daily basis.

After discovering that Martin was charged and convicted of credit card fraud, I was in disbelief. The Martin I knew was compassionate. I told myself, "He made mistakes like the rest of us, but this was beyond his capabilities. He was obviously framed." Come to find out, I was wrong. Martin was guilty as charged. He sat in jail for nearly a month, perhaps longer, while I sorted it all out in my head. The office was not the same. We had lost the keystone to our company. The whiz kid, the negotiator, the peacemaker was suddenly splattered all over the newspaper. As the details came out, I began to realize something. Maybe he is who I thought he was. Maybe he did just make a mistake.

While I still hold Martin accountable for his actions, and the stress it caused the victims and others, I do think he has attempted to make amends. I have seen it through his reaching out to others, including myself. I believe he has accepted full accountability for his actions and intends to move forward with his life as a positive force in others lives. I also believe that his motivations to change are genuine and that he has truly transitioned from the unethical school of thought that many adolescents in their 20s share. Yes, many of us never stole credit card numbers. I will argue, however, that we have all been unethical or had unethical thoughts at some time and, fortunately, most of us learn from our mistakes and our guilt. I know Martin well enough to confirm that he has a conscience like the rest of us, and I believe he has learned from his mistakes. I am sure that regardless of his circumstances, he will continue on a path toward a better, brighter future.

Sincerely,

Mathew A. Crist

Christopher J. Hart
105 Wolf Avenue
Malverne, NY 11565
November 19, 2009

***Honorable John T. Copenhaver, Jr.***
***UNITED STATES DISTRICT JUDGE***
***UNITED STATES DISTRICT COURT***
***300 Virginia Street East*** ☐
***Charleston, WV 25301-2503***

Honorable John T. Copenhaver, Jr.,
I am writing you, as many others are, in reference to the punishment for the crimes that
Martin R. Bowling has committed and plead guilty too.

It is my goal to express my concerns that the punishment for the crimes Martin has
commitment are not turned into what may be used and or considered to be
example/poster child justice. Working in the digital industry for well over 14 years now,
an individual's privacy and the security of their personal information is and should
always be held in the highest degree. So I would be less then truthful if I didn't admit my
shock to have heard of Martin's involvement in such a set of events.

But to his credit Martin has plead guilty to all charges that I am aware of and has not tried
to press the issues and or brush off his responsibility for his actions. An admirable
characteristic for any individual that finds ones self in the court system and one I would
wager an individual in your position does not see every day.

Martin and I became friends a number of years ago, meeting through our industry events
and in particular the fund raiser charity type events, almost every industry has. To that I
would ask that temperance be applied to Martin's sentence and if I may say a heavier
hand applied toward community service and or the education of others to the faults of
their actions. Perhaps there are activities or groups in which Martin can contribute, where
the focus is education and protection as to what an individual may do to secure their
personal information. That in my mind will go exceptionally further to making members
of society safer. Because if only one individual is helped – that is one more then would
have if Martin was imprisoned for an extended period of time.

In closing I can only hope that my thoughts help contribute to your deliberation of
punishment for Martin.

Sincerely,

Christopher J. Hart
Director, Eastern Region Operations
Bruce Clay Inc.

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*▯
*Charleston, WV 25301-2503*

To Whom it May Concern,

My name is Kenny Hyder. I am a friend and industry colleague of Mr. Martin Bowling. Martin and I have been aquatinted in some manner whether online or otherwise for the past two years.

When I first heard the news of Martin's trial, I was at a conference with several other friends eating breakfast. After reading the article in the newspaper, we were convinced that it was some sort of grand hoax that he was trying to play on us. It is not uncommon for the people in our industry to play somewhat elaborate pranks on each other during industry conferences. Due to the fact that several of us knew Martin personally, we simply couldn't find it in ourselves to believe that such a story about him was in fact true. I can firsthand recount several occasions when he has helped me with small projects, or taken a look at something I am working on in order to offer his expertise where needed.

After hearing that Martin was charged and plead guilty I was shocked, as were many other industry colleagues. I see no excuse for his actions and believe that it was fair and just that he served the time that he did in repercussion for those crimes committed. I also see that this time away from his family and job has had significant impact on Martin's life. My hope is that, having seen that Martin has not only received a consequence for his actions, but has also shown deep regret and repentance, he will be allowed to carry out the term of his current sentence without any further consequences charged to him.

Thank you for your consideration of this letter.


Sincerely,

Kenny Hyder



5040 Washington St W
Cross Lanes, WV 25313

November 18, 2009

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East
Charleston, WV 25301-2503

Honorable John T. Copenhaver, Jr:

My name is Jamin Jones of Scott Depot, WV. I am writing you today on behalf of Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009. I am the owner of Appalachian Offroad MC LLC, a local KTM motorcycle dealership in Cross Lanes, WV. We are the world's largest retailer of KTM Genuine Parts & Accessories, specializing in online sales through our website www.ktm-parts.com

I have known Marty since we were freshmen in high school in 1993. I've always known Marty to be passionate, compassionate and extremely intelligent. Being a young entrepreneur myself, I have often sought out Marty's advice on various technical challenges my business has faced. I recently sat down with Marty for one of these brainstorming sessions when I learned of his unfortunate situation.

It is to my understanding that Marty has pled guilty to a crime, been sentenced and is currently serving that sentence. Marty knows what he did was wrong and has been nothing but cooperative to authorities during this process. I know Marty well enough to know that he regrets his actions of the past and has truly learned his lesson. I sincerely believe he is ready to serve out his current sentence and move forward with his life.

I believe it falls upon me as a friend and a Christian to offer Marty guidance and support to get him through this tough period in his life. I have reached out to Marty and will continue to be there to provide any assistance whether it be my council, simple friendship, spiritual advice or economic opportunity. I also believe Marty is and will continue to be a positive, contributing member of society.

Respectfully,

Jamin S. Jones
Owner
Appalachian Offroad MC LLC

November 17, 2009

**Honorable John T. Copenhaver, Jr.**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**300 Virginia Street East**

**Charleston, WV 25301-2503**

Honorable Judge Copenhaver,

My name is Thomas Toliver and I am writing this letter on the behalf of Martin R. Bowling, Case No. 09-m.j-00069, to very his community service that he has done over the past several years.

He has volunteered his time to help me and others with his computer skills and has always been helpful and willing to do whatever is asked of him.

I enjoy bowling with Martin and Niki Gardner every Wednesday. Niki is a special needs child and loves him like a father. He shows kindness in working with her as a job coach and in social activities. He encourages her and helps her with independent living skills.

I have talked to Martin since he has been incarcerated and he has a deep remorse for his wrongdoing and lack of judgment.

I am an older man and I hope to mentor him in the future. He has a promising future and I want to offer him my knowledge and guidance.

I have the utmost respect for your judgment. On his behalf, I am asking for any consideration that you can provide for him.

Thank you,

Thomas Toliver
Director of Family and Youth Development Service
1506 Kanawha Blvd. West
Charleston, WV 25312
304-720-1401 (office)
304-610-2728 (cell)

*Honorable John T. Copenhaver, Jr.*
*UNITED STATES DISTRICT JUDGE*
*UNITED STATES DISTRICT COURT*
*300 Virginia Street East*
*Charleston, WV 25301-2503*

My name is Mariah R. Felty. I am Mandi Felty's little sister. I live with Mandi and Martin Bowling. I've known Marty since I was four years old. I liked him a lot because he played with me and talked to me as an equal, just like my sister.

As time passed, Marty and I grew closer and closer. After my Father and Stepmother got a divorce about two years ago, I came to live with Mandi and Marty. They too me in and I felt like our little family was perfect. Marty always helped me with homework. We made up silly songs to help me remember test materials. He taught me about world issues and politics. He became a second dad to me. It was the happiest time of my life.

When Marty went away, everyone was devastated and really sad. I cried a lot and I missed him very much. I missed waking up to him singing a song while he cooked pancakes for us. I missed doing homework with him.

Marty is an excellent person who is helping me for my future. His temporary lapse in judgment came as a shock to me. He explained to us that he was really sorry for his wrong doings many times.

Marty has made a huge impact on my life and I hope that you will please consider all of this during sentencing. Thank you very much

Respectfully,

*Mariah Felty*

Mariah Felty
5295 Dalewood Drive Unit 314
Charleston, WV 25313

November 16, 2009

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East
Charleston, WV 25301

Honorable Judge Copenhaver:

My name is Sarah Castle, Hurricane, WV, and I have known Martin (Marty) R. Bowling, Case No. 09-M,J-00069, since 1992. I watched Marty and my late son-in-law, James, a Marine, grow up together like brothers.

In all the years that I have known Marty, his character has always been that of kindness, love and honesty. I now have guardianship of my two young grandsons and Marty has helped me tremendously by providing "emergency" childcare when they have been sick, by preparing "special" meals for them and by showing them genuine concern for their growth and well-being.

I feel deep in my heart, and Marty has shown me, that he truly regrets the mistake that he made and the turmoil and hardship that it put his family through. I do not condone the things Marty did; however, I do respect that he has accepted full responsibility for his behavior. Marty so wants to get this situation behind him and to move forward in a positive, orderly way and again be an attribute to his family and community.

Judge Copenhaver, I humbly request that you give Marty every consideration for leniency in this case. His future is full of promise and he will make a positive difference for many people. He has learned a crucial lesson from his lack of good judgment and subsequent actions and he is committed from hereon to doing the "right thing."

Judge Copenhaver, I appreciate so much your time and consideration. Thank you.

Sincerely,

Sarah Castle

November 18, 2009

Mary Frances Dolan
Route 2, Box 486
Ronceverte, West Virginia 24970

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East
Charleston, WV 25301

Honorable Judge Copenhaver:

My name is Mary Frances Dolan, and I have known Martin (Marty) R. Bowling, Case No. 09-M,J-00069, his entire life and we've always been close.  He lovingly calls me "his grandmother."

Marty is a kind, giving and trustworthy individual.  He has brought such joy, respect and heartwarming love to our family.  He has always shown a generous, caring attitude for others, too, as sometimes he has even opened up his home to someone in need, whether it is for a meal or a place to sleep.  He is a very selfless, compassionate individual.

I know that Marty truly regrets his offense and is extremely remorseful for his actions. He has accepted full responsibility for it and he wants to move forward in a positive, giving manner.  I do not excuse Marty's behavior; however, I know he is working hard to rebuild his life just as I would like him to do and I respect this.

Your Honor, with this in mind, I graciously ask that you give him every due consideration for leniency here.  I know that he will productively contribute to society as he moves forward, learning from his missteps.

Marty has a promising future and he can make a difference in so many people's lives, I've seen it, and he has committed with passion to live up to high, irreproachable standards.
I am, respectfully,

*Mary Frances Dolan*

Mary Frances Dolan

November 17, 2009

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East
Charleston, WV 25301-2503

Honorable John T. Copenhaver, Jr:

I am writing in reference to Martin R. Bowling, who is scheduled to appear in your court for sentencing on December 3, 2009. I am a teacher in Kanawha County and have known Marty all of his life and have known his family since the 70's. Marty is very intelligent and a very capable young man who has broken the law.

When I first heard what happened, I went to see him and to talk to him about his behavior. I was in shock, since this type of behavior was so out of character for Marty. He was quiet at first and just listened to me. Then he talked about what he had done and how sorry he was. He talked about how he wished that he could take it all back and start over. He also talked about how sorry he was for disappointing his family and friends.

I have watched Marty grow up over the years. He comes from a Christian family. His dad and mom divorced when he was very young. He tried to have a relationship with his dad, but it was all one-sided on Marty's part. Marty did well in school, played sports, and excelled in technology. He won a national award for a technology program that he wrote in high school. He was never a problem child growing up. He has always been a very likable person who made friends easily. He loves technology and has helped me, as well as many others, with various technology problems.

Marty has a loving wife, Mandi, who has a 13 year old sister named Mariah. Mariah lives with them and has for the last two years. Mariah goes to the middle school where I teach. Marty always helps Mariah with her homework and helps her study for her tests. She's a straight A student, who is thought highly of by her teachers. She looks to Marty and Mandi for guidance and support and truly needs both of them in her life, both emotionally and financially.

Marty has broken the law and has accepted full responsibility for his actions. I have talked with him several times and know that he is very remorseful. He realizes that innocent people were hurt by his actions, both the victims of his unlawful acts and his family and friends.

I still believe in Marty and believe that he will overcome his mistakes and once again become an asset to society. I respectfully ask you to take these words into consideration when sentencing Marty.

Sincerely,

Ms. C. K. Dolan

November 19, 2009

Paresh V. Lakhani, M.D.
119 Stone Gate Circle
Morgantown, WV 26505

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East
Charleston, WV 25301-2503

Honorable John T. Copenhaver, Jr:

My name is Dr. Paresh V. Lakhani, M.D., and I am writing this letter of support on behalf of a man that I have known for over 16 years, Martin R. Bowling. I am currently working in Morgantown, WV, as an Internist while I wait to resume further medical training in the field of Occupational Medicine. I also work part time in South Charleston with my father, Dr. V.B. Lakhani, M.D., in his private Family Practice clinic. I am hoping that this letter will shed some light on the Marty I know.

I first met Martin in the summer before we both started high school, and we have been close friends ever since. Martin has been there for me, when I have needed him; and I have been able to count on him and his friendship so many times that I could not possibly count. He is genuinely a kind person who cares about his friends and his family and would do anything for any of them. I have seen Martin do random acts of kindness to people neither of us would know for no reason other than because he thought those people needed something nice to brighten up their days. He is also reliable and trustworthy and he has taken the time out of his busy schedule to help my family when his help was needed.

The Martin Bowling that I know today is not the same guy I knew five years ago or even the same guy I knew last year. He has always been caring, thoughtful, and considerate. However, with the rise of the new company he helped run, I have personally seen him grow up and mature into a man. He has become responsible to himself and to others on a whole new level and for that I am very proud of him.

This is not to say that I excuse his lapse in judgment or his times of irresponsibility. As a physician, I know that sometimes when someone has the intelligence and knowledge that Martin has its not always put to its best use. When he committed a crime, Martin took all that he held sacred out of his own hands and put it into something he had no control over, the justice system. However, I believe that a single mistake can be forgiven, if the crime is not too heinous and if the person is truly remorseful and willing to do what is necessary as a result of it. Martin is remorseful, and I believe that he has learned far greater of a lesson than any words could show. So many people rely on him everyday, from his family and friends to those within companies that he does work for.

I am asking for your help to give every consideration to Martin in this case. He is a good person at heart, and I know, without a shred of doubt, that he can be a law-abiding citizen up to your standards, if given the chance. With the courts consideration, he can have a bright future and truly live up to his potential. Thank you for your time.

Sincerely,

Paresh Lakhani, M.D.

*Honorable John T. Copenhaver, Jr.*
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
*300 Virginia Street East*

*Charleston, WV 25301-2503*

My name is Dave Snyder. I am one of the Co-Founders of Search & Social Media, LLC , and an employer of Martin Bowling as a contracted developer.

I have known Martin Bowling for several years. In that time we have grown from acquaintances, to friends, to co-workers. In that time, I have come to respect Martin's gift for Internet Marketing and related concepts.

Martin is one of the most responsible contractors we employ. He is timely with delivery, and one of the few contractors we trust with the reputation we have built for ourselves in the Internet Marketing community. One of the first things that struck me about Martin was his charitable nature towards our industry and its professionals, as well as his eagerness to share his talents. There was rarely a moment that Martin did not come to the aid of a fellow Internet Marketer in need, and this spoke volumes to myself, and my partners about his credibility.  One example that stands out is a trip to a Internet Marketing conference that Martin funded on his own for a fellow professional in order to further their education.

Martin is one of the most kind-hearted and honest individuals we have ever had the pleasure of working with.  These traits make him an invaluable member to our organization.

I am aware of Martin's legal situation, and the fact that he has pled guilty to crime. This situation is unfortunate, but what I feel is anomaly in an otherwise spotless character. I, as he does, understand that what he did was wrong. However, I also believe this was one of those regretful events that many of us face in our lives, and eventually look to repay and overcome.  I feel as though our organization can be one component of Martin's rehabilitation and we can aid in his emergence from the debt he is repaying to society.

In my conversations with Martin, which have been numerous, he has expressed his deep regret for his actions. Knowing Martin, I know that his promise to never allow the events of the past reoccur is honest and heartfelt.

Sincerely,

David Snyder

November 19, 2009

Ryan Havely
27319 State Rt. 7
Marietta, OH 45750

Honorable John T. Copenhaver, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
300 Virginia Street East
Charleston, WV 25301-2503

Honorable John T. Copenhaver, Jr:

I have known Marty since the two of us played on opposing soccer teams in junior high. We became fast friends in the ninth grade, and our friendship has continued, uninterrupted, since. Though after graduation, I did my undergraduate studies in Ohio, and my Masters work in Minnesota, I stayed in contact with Marty as much as the distance allowed.

I do not want to write you a letter begging for amnesty, because I believe this is a crime unworthy of punishment. I do not want to make excuses for Marty, as I believe he would not make excuses for himself. I also don't want to argue that these are victimless crimes, because they are not.

I want to say, simply, that Marty is, and has always been, extremely gifted. He is smart enough to know, for example, that he would probably be caught; but, he chose to commit these crimes anyway. Marty is a very smart person, who has made a very stupid mistake. He's smart enough to know this.

I truly believe that a person, as intelligent as Martin R. Bowling, learns from his mistakes. I realize my word may not carry much weight with the court, but I would give you my word that Marty will not choose to make the same types of mistakes in the future.

I'd like to ask you to consider leniency, because I believe you can see that this is a man who will choose, without serving two years in prison, to get his life on the right path. If he does not, I will support, in writing, any decisions the court makes in the future. I feel that strongly.

Please consider how hard life, both in prison and after having been released, will be for a young man who is not a career criminal, but a well-educated computer genius, who did something incredibly stupid.

Sincerely,


Ryan Havely